THOMAS E. MOSS
United States Attorney
District of Idaho
Washington Group Plaza
800 Park Boulevard, Suite 600
Boise, Idaho 83712-9903

ADAM D. STRAIT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-2135
Facsimile: (202) 307-0054
adam.d.strait@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES COURT FOR THE

DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil No. 2:10-00098-EJL |
| Plaintiff, | ) | |
| v. | ) | STIPULATION BETWEEN UNITED |
| | ) | STATES, AURORA LOAN |
| ROBERT L. EDWARDS; MORTGAGE | ) | SERVICES LLC, AURORA BANK |
| ELECTRONIC REGISTRATION SYSTEMS, | ) | FSB, AND MORTGAGE |
| INC.; et al, | ) | ELECTRONIC REGISTRATION |
| | ) | SYSTEMS, INC. |
| Defendants. | ) | |
| | ) | |

Plaintiff, the United States of America ("United States"), defendant Aurora Loan Services

LLC ("Aurora Loan"), defendant Mortgage Electronic Registration Systems, Inc. ("MERS"), and

non-party Aurora Bank FSB ("Aurora FSB"), through undersigned counsel, hereby stipulate and

U.S.-Aurora & MERS Stipulation
*U.S. v. Edwards*, No. 2:10-cv-00098-EJL
Page 1 of 7

agree as follows:

1.      The real property at issue in this Stipulation ("the Property") is located at 17287

W. Summerfield Road, Post Falls, ID 83854.  It is more particularly described as

follows:

> A tract of land located in the Northwest quarter of the Northwest quarter of Section 17, Township 50 North, Range 5 West, Boise Meridian, Kootenai County, Idaho and being described by metes and bounds as follows:
>
> Beginning at a found original stone with iron pipe and brass cap marking the Northwest corner of Section 17; thence
>
> Along the North line of Section 17, South 87°23'19" East, a distance of 499.60 feet to a set iron rod and PLS 4194 cap; thence
>
> South 00°45'04" East, a distance of 847.90 feet to a set iron rod and PLS 4194 cap on the centerline of a 60 foot wide private access and utility easement; thence
>
> Along the centerline of said 60 foot wide private access and utility easement along the arc of a curve left concave to the South, having a radius of 98.59 feet, through a central angle of 62°07'03", an arc distance of 106.89 feet whose chord bears South 45°21'03" West, 101.73 feet to a set iron rod and PLS 4194 cap; thence
>
> Leaving said centerline, North 69°12'06" West, a distance of 484.17 feet to a set iron rod and PLS 4194 on the West line of Section 17; thence
>
> Along the West line of Section 17, North 01°06'05" East, a distance of 770.31 feet to the Point of

Beginning.

The Property is the parcel of real property described in paragraph 16 of the United

States' Complaint (docket entry # 1).

2.      By way of a Deed of Trust, executed by Leslie J. Edwards on or about May 18,

2005, which was recorded in the Kootenai County Recorder's Office on or about

May 25, 2005, and assigned document number 1952437, Lehman Brothers FSB

acquired an interest in the Property.

3.      Aurora Loan and Aurora FSB are the successors-in-interest to Lehman Brothers

FSB.

4.      MERS is a separate corporation acting as nominee for Aurora Loan and Aurora

FSB.

5.      Aurora Loan, Aurora FSB, and MERS each represents that it has produced to the

United States all material documents in each entity's respective possession

concerning each entity's knowledge, as of May 25, 2005, of Robert L. Edwards'

federal income tax liabilities or federal tax liens filed against Robert L. Edwards.

6.      By way of federal tax liens, notices of which were filed in the Kootenai County

Recorder's Office, the United States has an interest in the Property.

7.      The interest created by the Deed of Trust described in paragraph 2 and presently

held by Aurora Loan, Aurora FSB, and/or MERS is senior to the interest in the

Property held by the United States.

8.      The federal tax liens attaching to the Property should be foreclosed.

9.      The United States District Court for the District of Idaho ("the Court") should

enter an order directing the sale of the Property.  The Court's order should grant

the Internal Revenue Service Property Appraisal and Liquidation Specialists ("IRS

PALS") authority to sell the Property pursuant to 28 U.S.C. §§ 2001 and 2002.

The order should direct that the Property shall be sold free and clear of

encumbrances.

10.     The United States, Aurora Loan, Aurora FSB, and MERS agree that if an order of

sale is entered, the Court should direct the IRS PALS to set a reserve price for the

Property, so that if no bid is made equal to or exceeding the reserve price, the

Property should not be sold.  The United States, Aurora Loan, Aurora FSB, and

MERS further agree that the reserve price shall be not less than the amount of the

security interest held by Aurora Loan, Aurora FSB, and/or MERS at the time, if

ever, that the Court enters an order of sale.

11.     Proceeds from the sale should be used first to satisfy the costs of sale, then any

outstanding property or local taxes.  Remaining proceeds from the sale of the

Property should be used first to satisfy the security interest held by Aurora Loan,

Aurora FSB, and/or MERS before being used to satisfy the interest held by the

United States.

12.     The United States does not seek damages, costs, or fees from Aurora Loan,

Aurora FSB, or MERS.

13.     Subject to the agreements in this Stipulation, Aurora Loan, Aurora FSB, and

U.S.-Aurora & MERS Stipulation
*U.S. v. Edwards*, No. 2:10-cv-00098-EJL
Page 4 of 7

MERS consent to the relief sought in the United States' Complaint.

14.    Since no order of sale can presently be entered, the Court should enter the

attached Order Approving Stipulation.  The United States, Aurora Loan, Aurora

FSB, and/or MERS each consent to the entry of the attached Order.

15.    This Stipulation does not affect any rights Aurora Loan, Aurora FSB, and/or

MERS may have to foreclose on the Property.

16.    In the event that Aurora Loan, Aurora FSB, and/or MERS forecloses on the

Property, this Stipulation does not affect any rights the United States has under 26

U.S.C. § 7425.

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

WHEREFORE the United States, Aurora Loan, Aurora FSB, and MERS respectfully request that this Stipulation be approved and that the Court enter the attached Order Approving Stipulation.

Date: 9/10/10

THOMAS E. MOSS
United States Attorney

ADAM D. STRAIT
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
adam.d.strait@usdoj.gov
Telephone: (202) 307-2135
Facsimile: (202) 307-0054

Attorneys for Plaintiff United States

Respectfully submitted,

Date:

HOLGER UHL [ISB # 4563]
MCCARTHY HOLTHUS, LLP
19735 10th Avenue, Suite N-200
Poulsbo, WA 98370
huhl@McCarthyHolthus.com
Telephone: (206) 319-9100 ext. 8045
Facsimile: (206) 780-6862

Attorneys for defendants Aurora Loan
Services, LLC and Mortgage Electronic
Registration Systems, Inc. and for Aurora
Bank FSB

U.S.-Aurora & MERS Stipulation
*U.S. v. Edwards*, No. 2:10-cv-00098-EJL
Page 6 of 7

**CERTIFICATE OF SERVICE**

I, Adam D. Strait, the undersigned, hereby certify that on September 10, 2010, I filed the

foregoing Stipulation and the attached [Proposed] Order Approving Stipulation with the Clerk of

Court using the Court's CM/ECF system.  I further certify that on the same date, I electronically

served a copy of those documents on Holger Uhl, counsel for Aurora Loan Services, and on

William von Tagen, counsel for the Idaho State Tax Commission.  I further certify that on the

same date, I served a copy of the foregoing Stipulation and the attached [Proposed] Order

Approving Stipulation on the following persons at the following addresses:


Robert L. Edwards
P.O. Box 292
Liberty Lake, WA 99019

Leslie J. Edwards
P.O. Box 292
Liberty Lake, WA 99019


Date: September 10, 2010                     /s/ Adam Strait
                                             ADAM D. STRAIT
                                             Trial Attorney, Tax Division
                                             U.S. Department of Justice
                                             Post Office Box 683
                                             Ben Franklin Station
                                             Washington, D.C.  20044-0683
                                             adam.d.strait@usdoj.gov
                                             Telephone: (202) 307-2135
                                             Facsimile: (202) 307-0054